IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONALD A. BOULDEN,

    Petitioner,

v.                                                 CIV 09-0770 BB/KBM

JAMES JANECKA, Warden, et al,,

    Respondents.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    This is a § 2254 habeas proceeding. In her proposed findings entered November 24, 2009, the Magistrate Judge found that the petition is "mixed," that a stay pending exhaustion would be unwarranted, and advised Petitioner that if he elected to proceed with the unexhausted claims, the federal proceedings would be dismissed. *See Doc. 14.*

    Petitioner filed two items in response. I have carefully reviewed his "objections" to the proposed findings *de novo* and find them without merit. Although they reassert where he did raise the unexhausted claims, they do not establish that the claims are exhausted or that a stay would be appropriate. *See*

*Doc. 15, see also, e.g., Garcia v. City of Albuquerque,* 232 F.3d 760, 766-67 (10th Cir. 2000). Petitioner also filed a certificate reasserting where the four unexhausted claims were presented, but also indicating that he elects to delete them and desires to continue with this federal suit. *See Doc. 16 at 2.*

Wherefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Petitioner's objections (*Doc. 15, and to the extent reiterated in Doc. 16)* are OVERRULED;

2. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 14)* is ADOPTED except for the proposed scheduling order, which I have changed below;

3. Petitioner's request for discovery and to expand the record *(Doc. 3)* is GRANTED IN PART; and

4. Due to the impending holidays, by Friday, January 29, 2010, Respondents expand the federal record to include copies of: all state documents that constitute the "Record Proper;" the tape log; transcripts (preferably) or tapes of all state court criminal and post-conviction proceedings; and all other relevant documentary evidences.

_____
UNITED STATES DISTRICT JUDGE